IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUARVEZ REEMOS WHITFIELD-NEELEY

Case No: 2:22 CR 250

18 U.S.C. § 1951
18 U.S.C. § 924(c)

**INDICTMENT**

JUDGE SARGUS

THE GRAND JURY CHARGES:

## COUNT 1

1. At all times material to this Indictment, Berkeley and Main Market, located at 1615 East Main Street, Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, Berkeley and Main Market intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside of the State of Ohio for use and sale by the Berkeley and Main Market within the State of Ohio.

2. On or about March 15, 2020, in the Southern District of Ohio, the defendant, **JUARVEZ REEMOS WHITFIELD-NEELEY**, did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that **JUARVEZ REEMOS WHITFIELD-NEELEY** did unlawfully take and obtain a firearm from one or more persons having lawful custody of such firearm, by means of actual and threatened physical violence in furtherance of such robbery.

In violation of 18 U.S.C. § 1951.

## COUNT 2

On or about March 15, 2020, in the Southern District of Ohio, the defendant, **JUARVEZ REEMOS WHITFIELD-NEELEY**, did knowingly use, carry, brandish, and discharge a firearm, specifically a pistol, during and in relation to a crime of violence, that is, robbery which unlawfully obstructed and affected commerce, in violation of 18 U.S.C. § 1951, as described in Count 1 of this Indictment and incorporated herein by reference as if fully set forth.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

A true bill.

/Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

_____
**SALVADOR A. DOMINGUEZ**
**Assistant United States Attorney**

_____
**DAVID J. TWOMBLY**
**Assistant United States Attorney**